No. 73–5597.   SERRANO *v.* NEW YORK.   Ct. App. N. Y. Certiorari denied.

No. 73–5625.   FREED ET AL. *v.* MICHIGAN DEPARTMENT OF TREASURY, REVENUE DIVISION.   Ct. App. Mich.   Certiorari denied.

No. 72–1399.   COAR *v.* GROSS.   Super. Ct. N. J.   Certiorari denied.   MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–6971.   ORTIZ *v.* FRITZ, CORRECTIONAL SUPERINTENDENT.   C. A. 2d Cir.   Certiorari denied.   MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–162.   EDGECOMBE *v.* LOUISIANA.   Sup. Ct. La. Certiorari denied.   MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–225.   HALLER *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.   MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–413.   SHELTON *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.   MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–422.   D'AMBRA ET UX. *v.* UNITED STATES. C. A. 1st Cir.   Certiorari denied.   MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–458.   RAGUSA *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.   MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–470.   HETRICK *v.* MARTIN ET AL.   C. A. 6th Cir.   Certiorari denied.   MR. JUSTICE DOUGLAS would grant certiorari.